IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

W.S., *

Petitioner, *

vs. *

Warden, STEWART DETENTION CENTER, *

Respondent. *

CASE NO. 4:26-cv-00466-CDL-CHW
28 U.S.C. § 2241

O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on October 13, 2026. There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error. Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.[1]

IT IS SO ORDERED, this 28th day of October, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA

[1] The Court interprets the Government's failure to object to the recommendation as a concession that it will not likely be able to deport Petitioner in the reasonably foreseeable future.