IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| WEGAHTA SOLOMON, | * | |
| Petitioner, | * | |
| v. | | Case No. 4:26-cv-00466-CDL-CHW |
| | * | |
| Warden, STEWART DETENTION CENTER, | | |
| | * | |
| Respondent. | | |
| | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated October 28, 2026 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Petitioner .

This 28th day of October, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk